# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BURPO,<br>      Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>      Defendant | Case No.: 2:13-cv-00853-MAM |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ross S. Enders* | */s/ Craig Thor Kimmel* |
| Ross S. Enders, Esquire | Craig Thor Kimmel, Esquire |
| Sessions, Fishman, Nathan & Israel | Kimmel & Silverman, P.C. |
| 200 Route 31 North, St. 203 | 30 E. Butler Pike |
| Flemington, NJ 08822 | Ambler, PA 19002 |
| Phone: (908) 751-5941 | Phone: 215-540-8888 |
| Fax: (908) 751-5944 | Fax: 856-216-7344 |
| Email: rsenders@sessions-law.biz | Email: kimmel@creditlaw.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |
| Date: May 21, 2013 | Date: May 21, 2013 |

BY THE COURT:

_____
                         J.